**FILED**

DEC 1 3 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W05CR240 |
| | * | |
| Plaintiff, | * | I N D I C T M E N T |
| | * | |
| V. | * | [Vio: COUNT ONE:  18 U.S.C. 1589 – |
| | * | Forced Labor; 18 U.S.C. 2 – Aiding and |
| | * | Abetting; COUNT TWO: 18 U.S.C. 1590 – |
| | * | Trafficking; 18 U.S.C. 2 – Aiding and |
| ROBERT DOYLE MADDOX (1) | * | Abetting; COUNT THREE: 18 U.S.C. |
| ANGELA GALEANA deMADDOX (2) | * | 1324(a)(1)(A)(ii) and (v)(II) and (B)(i)– |
| | * | Bringing in Alien; Aiding and Abetting] |
| Defendants. | * | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. 1589]

On or about January 13, 2004, in the Western District of Texas, Defendants,

**ROBERT DOYLE MADDOX,**
and
**ANGELA GALEANA deMADDOX,**

aided and abetted by each other, did knowingly provide or obtain the labor or services of a person

by means of a scheme, plan, or pattern intended to cause the said person to believe that, if the said

person did not perform such labor or services, that the said person would suffer serious harm or

physical restraint, and by means of the abuse or threatened abuse of law or the legal process, in

violation of Title 18, United States Code, Sections 1589, and Title 18, United States Code, Section

2.

## COUNT TWO
### [18 U.S.C. 1590]

On or about January 13, 2004, in the Western District of Texas, Defendants,

3

**ROBERT DOYLE MADDOX,**
and
**ANGELA GALEANA deMADDOX,**

aided and abetted by each other, did knowingly recruit, harbor, transport, provide or obtain, by any

means, a person for labor or services, in violation of Title 18, United States Code, Section 1590, and

Title 18, United States Code, Section 2.

## COUNT THREE
**[8 U.S.C. 1324(a)(1)(A)(i) and (v)(II) and (B)(i)]**

On or about January 13, 2004, in the Western District of Texas, Defendants,

**ROBERT DOYLE MADDOX,**
and
**ANGELA GALEANA deMADDOX,**

aided and abetted by each other, did knowingly or in reckless disregard of the fact that an alien had

come to, entered, or remained in the United States, in violation of law, transported or moved or

attempted to transport or move, such alien within the United States by means of transportation or

otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section

1324(a)(1)(A)(i) and (v)(II) and (B)(i).

A TRUE BILL:           SEALED DOCUMENT PURSUANT
                       TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

By: _____
    GREGORY S. GLOFF
    Assistant United States Attorney